UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christina Redepenning,                                    Civil No. 08-1282 (DWF/AJB)

    Plaintiff,

v.                                                        **ORDER FOR DISMISSAL
                                                          WITH PREJUDICE**

Focus Receivables Management, LLC.,
"Mr. Marshall,"

    Defendants.

---

Nicholas P. Slade, Esq., Barry & Slade, LLC, counsel for Plaintiff.

Michael A. Klutho, Esq., Bassford Remele, PA, counsel for Defendant.

---

    Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. No. 4),

    **IT IS HEREBY ORDERED** that judgment shall be entered **DISMISSING** the Complaint on its merits **WITH PREJUDICE** and without costs, disbursements or attorney fees to any party.

    **IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**


Dated: July 14, 2008            s/Donovan W. Frank
                                DONOVAN W. FRANK
                                Judge of United States District Court