✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Christina Redepenning

V.

Focus Receivables Management, LLC.,
"Mr. Marshall,"

**JUDGMENT IN A CIVIL CASE**

Case Number:  08-1282 (DWF/AJB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that judgment shall be entered **DISMISSING** the Complaint on its merits **WITH PREJUDICE** and without costs, disbursements or attorney fees to any party

| July 14, 2008 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/J. Dunbar Fannemel |
| (By) | J. Dunbar Fannemel,  Deputy Clerk |

Form Modified:  09/16/04